# Incident Report



**OLD FORGE POLICE DEPARTMENT**
93
310 S MAIN ST
OLD FORGE, PA 18518

Phone: (570)457-7441    Fax: (570)457-6456

| | | | |
|---|---|---|---|
| **Approved Report** ✓ JASON DUBERNAS | | Municipality | OLD FORGE (412) |
| | | Report Type | INCIDENT |
| Incident # | Reference # | Location | 1204 S MAIN ST - OLD FORGE 18518 |
| 2022-00004947 | | Landmark | |
| | | Premise | **OTHER RESIDENCE - OTHER DWELLING** |

| | | |
|---|---|---|
| Criminal Code | Title : | Point of Entry |
| | Section : | Meth. of Entry |
| | Sub-Section : | Patrol Zone — Grid |
| | Description : | Reported 09/10/2022 @ 16:59 (Sat) |
| | | Discovered @ |
| UCR Codes | 4029 CIVIL - LANDLORD/TENANT | Last Secure @ |
| | | Received   Dispatched |
| | | Arrived    Cleared   17:20 |
| | | Status  **CLOSED/CLEARED** |
| | | Disposition |
| | | Clear Date |
| | | Badge   9346 - PTLM. PATRICK WALSH |



---

| Investigating Officer | Signature | Date | Approving Officer | Signature | Date |
|---|---|---|---|---|---|

## Persons Involved

### ALEXANDER DAVIS, TEASHA NICOLE

| | | Arrest Date: | | Disposition Date: |
|---|---|---|---|---|
| Role | Incident Classification<br>4029 CIVIL - LANDLORD/TENANT | | How Charged | Disposition |

Alias
Age-DOB      52 - 11/17/1969        Height      5'01"
Race         BLACK                  Weight      0              Home Addr   1204 S MAIN ST
Sex          FEMALE                 Hair        BLACK                      OLD FORGE, PA 18518
Ethnicity    NON-HISPANIC           Eyes        BROWN
Marital Stat                        Build       MEDIUM         Home Ph #
Residency    Resident               Complex.                   Work Ph #
SSN          -  -4615                                          Cell Ph #   (917)728-2283
Gang                                                           Other Ph #
Tattoo                                                         E-Mail
Clothing                                                       Employer
GBM Id
 -Entered    / /
 -Released   / /                                               Occupation
OLN/State    31776694/PA                                       Addl Addr   None
Injury

No Photo

### ARCE, JOHN

| | | Arrest Date: | | Disposition Date: |
|---|---|---|---|---|
| Role<br>CONTACT | Incident Classification<br>4029 CIVIL - LANDLORD/TENANT | | How Charged | Disposition |

Alias
Age-DOB      33 - 12/06/1988        Height
Race         BLACK                  Weight      0              Home Addr   307 BENNETTE ST
Sex          MALE                   Hair        BROWN                      LUZURNE, PA 18709
Ethnicity                           Eyes        BROWN
Marital Stat                        Build       MEDIUM         Home Ph #   (570)817-4579
Residency    Non-Resident           Complex.                   Work Ph #
SSN                                                            Cell Ph #
Gang                                                           Other Ph #
Tattoo                                                         E-Mail
Clothing                                                       Employer
GBM Id
 -Entered    / /
 -Released   / /                                               Occupation
OLN/State    30380918/PA                                       Addl Addr   None
Injury

No Photo

COPY

| 2022-00004947 | | 4029 - CIVIL - LANDLORD/TENANT |
|---|---|---|

**LEWIS, NAQUAN KURT**

| | | Arrest Date: | Disposition Date: |
|---|---|---|---|
| Role<br>CONTACT | Incident Classification<br>4029 CIVIL - LANDLORD/TENANT | How Charged | Disposition |

Alias
Age-DOB 25 - 12/14/1996   Height 5'10"
Race BLACK                 Weight 170         Home Addr 1204 S MAIN ST A
Sex MALE                   Hair BLACK                   OLD FORGE, PA 18518
Ethnicity NON-HISPANIC     Eyes BROWN
Marital Stat               Build THIN         Home Ph # (213)212-1524
Residency Resident         Complex. DARK      Work Ph #
SSN 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                               Cell Ph #
Gang                                          Other Ph #                    No Photo
Tattoo                                        E-Mail
Clothing                                      Employer
GBM Id
 -Entered   / /
 -Released  / /                               Occupation
OLN/State /                                   Addl Addr   None
Injury

Comment  run out of Delware with Social Secuitry Number ( 38 page criminal history )

## Main Narrative
### PTLM. PATRICK WALSH (9346)

09/10/2022 16:59 - 9346 PTLM. PATRICK WALSH & TERHUNE arrived back at the OFPD station and was met by Naquan Lewis about getting his apartment key from inside the PD station. Officer Terhune gave him the key and Naquan wanted an escort to his residence by police so he could change the locks on the front door, Naquan stated he spoke to the Chief Dubernas about this earlier in the week. I called Chief Dubernas and he explained to Naquan that this is a landlord tenant issue and that we are not escorting him that he was given the Old forge constables phone number and told to make arrangements with him about escorts. Naquan left the station without further incident.

A few minutes later the landlord john Arce called the station about Naquan changing the locks on the front door at the apartment building as I was speaking to John on the telephone Comm center dispatched us to 1204 S. Main St John's apartment by a concerned tenant Teasha Alexander-Davis on Naquan changing the locks on the doors of the apartment.

We arrived on scene and Naquan was changing the locks on his apartment door and the locks on the common front door because he was concerned about his safety. I called John and he requested Naquan not change the lock on the common door because he was given a key to this door already, Naquan stated he doesn't know what happened to this key but that he did not lose it. After speaking with John again he said he would get a replacement key as soon as possible to Naquan.     Both officer cleared the scene without further incident.

# Incident Report 

**OLD FORGE POLICE DEPARTMENT**
93
310 S MAIN ST
OLD FORGE, PA 18518

Phone: (570)457-7441  Fax: (570)457-6456

| | | | |
|---|---|---|---|
| **Approved Report** ✓ JASON DUBERNAS | | Municipality | OLD FORGE (412) |
| | | Report Type | DISPATCH |
| Incident # | Reference # | Location | 1204 S MAIN ST A - OLD FORGE 18518 |
| 2022-00004777 | | Landmark | |
| | | Premise | |

| Criminal Code | Title : | Point of Entry | |
| --- | --- | --- | --- |
| | Section : | Meth. of Entry | |
| | Sub-Section : | Patrol Zone | Grid |
| | Description : | Reported | 08/30/2022 @ 18:35 (Tues) |
| | | Discovered | @ |
| UCR Codes | 4029 CIVIL - LANDLORD/TENANT | Last Secure | @ |
| | | Received | Dispatched |
| | | Arrived | Cleared 20:00 |
| | | Status | CLOSED/CLEARED |
| | | Disposition | CLOSED - NO FURTHER ACTION |
| | | Clear Date | 08/30/2022 |
| | | Badge | 9381 - PTLM. NICHOLAS BERNARDI |



| Investigating Officer | Signature | Date | Approving Officer | Signature | Date |
|---|---|---|---|---|---|



## Persons Involved

### ARCE, JOHN

| | | Arrest Date : | | Disposition Date : |
|---|---|---|---|---|
| Role<br>OWNER (ANY PROPERTY) | Incident Classification<br>4029 CIVIL - LANDLORD/TENANT | | How Charged | Disposition |

Alias
Age-DOB  33 - 12/06/1988  Height
Race  BLACK  Weight  0  Home Addr  307 BENNETT ST
Sex  MALE  Hair  BROWN   LUZURNE, PA 18709
Ethnicity   Eyes  BROWN
Marital Stat   Build  MEDIUM  Home Ph #  (570)817-4579
Residency  Non-Resident  Complex.   Work Ph #
SSN     Cell Ph #
Gang     Other Ph #   No Photo
Tattoo     E-Mail
Clothing     Employer
GBM Id
 -Entered  / /
 -Released  / /   Occupation
OLN/State  30380918/PA   Addl Addr  None
Injury

### LEWIS, NAQUAN KURT

| | | Arrest Date : | | Disposition Date : |
|---|---|---|---|---|
| Role<br>COMPLAINANT | Incident Classification<br>4029 CIVIL - LANDLORD/TENANT | | How Charged | Disposition |

Alias
Age-DOB  25 - 12/14/1996  Height  5'10"
Race  BLACK  Weight  170  Home Addr  1204 S MAIN ST A
Sex  MALE  Hair  BLACK   OLD FORGE, PA 18518
Ethnicity  NON-HISPANIC  Eyes  BROWN
Marital Stat   Build  THIN  Home Ph #  (213)212-1524
Residency  Resident  Complex. DARK  Work Ph #
SSN     Cell Ph #
Gang     Other Ph #   No Photo
Tattoo     E-Mail
Clothing     Employer
GBM Id
 -Entered  / /
 -Released  / /   Occupation
OLN/State  /   Addl Addr  None
Injury

## Main Narrative
### PTLM. NICHOLAS BERNARDI (9381)

08/30/2022 18:35 - 9381  PTLM. NICHOLAS BERNARDI

On the above date and time, This Officer(Bernardi) along with officer Williams responded to 1204 S. Main street for report of a burglary. Upon arrival, we spoke with one Naquan Lewis who explained that he was trying to get into his apartment and he thought he saw the curtain move. We later learned that the landlord had changed the locks due to an alleged break in days before, and Naquan was paid up with his rent until the 31st. Naquan wanted to get in his apartment but the door was locked.
Via phone, I spoke with the landlord John Arce who stated Naquan could go in to get his things, but he wanted him out by 09/01/2022. I explained that if Naquan didn't leave Arce would have to start eviction proceedings at the magistrate. He understood. Naquan was allowed to enter his apartment. These Officers cleared the call.

About 20 minutes later,(2022-4778) We were dispatched back to the apartment for the smell of gas. These Officers arrived on scene with the Fire Department and could not detect any smell of gas. It should be noted that the gas was not connected to the home, and UGI arrived on scene and was not able to detect any signs of a gas leak either.

Naquan stated he was having trouble breathing, he had asthma, and had chest pain. This Officer requested EMS. Naquan was checked by EMS and he refused treatment and did not want to go to the hospital. All parties were allowed back into the home. Nothing Further.



# Incident Report



**OLD FORGE POLICE DEPARTMENT**
93
310 S MAIN ST
OLD FORGE, PA 18518

Phone: (570)457-7441  Fax: (570)457-6456

| | | |
|---|---|---|
| Approved Report ✓ JASON DUBERNAS | Municipality | OLD FORGE (412) |
| | Report Type | INCIDENT |
| Incident #  Reference # | Location | 1204 S MAIN ST - OLD FORGE 18518 |
| 2022-00004605 | Landmark | |
| | Premise | |

Criminal Code
- Title :
- Section :
- Sub-Section :
- Description :

| | |
|---|---|
| Point of Entry | |
| Meth. of Entry | |
| Patrol Zone | Grid |
| Reported | 08/22/2022 @ 10:20 (Mon) |
| Discovered | @ |
| Last Secure | @ |
| Received | |
| Dispatched | |
| Arrived | Cleared 10:45 |
| Status | |
| Disposition | |
| Clear Date | |
| Badge | 9344 - PTLW. KIMBERLY BUGGEY-DAVIES |

UCR Codes: **0513  BURGLARY-FORCED ENTRY-RESIDENCE-UNK**



COPY

---

Investigating Officer _____ Signature _____ Date        Approving Officer _____ Signature _____ Date



## Persons Involved

**LEWIS, NAQUAN KURT**

Arrest Date:      How Charged      Disposition Date:      Disposition

Role: CONTACT
Incident Classification: 0513 BURGLARY-FORCED ENTRY-RESIDENCE-UNK

Alias
Age-DOB: 25 - 12/14/1996
Race: BLACK
Sex: MALE
Ethnicity:
Marital Stat:
Residency: Resident
SSN: 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
Gang:
Tattoo:
Clothing:
GBM Id
 -Entered / /
 -Released / /
OLN/State /
Injury

Height:
Weight: 0
Hair:
Eyes:
Build:
Complex.:

Home Addr: 1204 S MAIN ST OLD FORGE, PA 18518
Home Ph #: (213)212-1524
Work Ph #:
Cell Ph #:
Other Ph #:
E-Mail:
Employer:
Occupation:
Addl Addr: None

No Photo

COPY

Comment: run out of Delware with Social Secuitry Number ( 38 page criminal history )

## Main Narrative
### PTLW. KIMBERLY BUGGEY-DAVIES (9344)

08/22/2022 10:20 - 9344 PTLW. KIMBERLY BUGGEY-DAVIES

On the above date and time this Officer responded to the above address and spoke with Naquan Lewis who wanted to make a report about his apartment being broken into.

Naquan stated that he left on Friday August 19, 2022 around 1530hrs and returned today around 1000hrs. He also stated that he changed the locks on his door before he left on Friday.

Naquan received a phone call from his neighbor that's door is just next door that his door to his apartment was open. Naquan stated that he got home and the door was open and looks like someone pried it open and he is missing 6 pairs of shoes that were lined up behind the door and an X-box. He then showed this Officer that his TV that was hanging on the wall was smashed in couple different place.

Naquan stated that the front door to the apartments was locked and he don't have a key for that, that he had to wait for his neighbor to get home from work to open that door. But his neighbor stated that he might have left the door unlocked over the weekend.

Naquan then stated that his landlord is a scum lord and that he was moving out in 30 days. While this Officer was taking a report his landlord and a male from the Housing Authority came and checked the apartment next to his, but did not have and conversation with Naquan or this Officer.
Naquan told me all he knows is the landlords name is John and don't known the rest.

This Officer informed him that a report would be on file. There was no cameras in the area to be viewed.

COPY

# Incident Report



**OLD FORGE POLICE DEPARTMENT**
93
310 S MAIN ST
OLD FORGE, PA 18518

Phone: (570)457-7441    Fax: (570)457-6456

| | |
|---|---|
| Approved Report ✓ JASON DUBERNAS | Municipality: OLD FORGE (412) |
| | Report Type: INCIDENT |
| Incident #: 2022-00004577 | Location: 310 S MAIN ST - OLD FORGE 18518 |
| Reference #: | Landmark: |
| | Premise: |
| **Criminal Code** | Point of Entry: |
| Title: | Meth. of Entry: |
| Section: | Patrol Zone: Grid |
| Sub-Section: | Reported: 08/21/2022 @ 14:24 (Sun) |
| Description: | Discovered: @ |
| | Last Secure: @ |
| **UCR Codes** | Received: |
| 7010  NOTIFICATION/POLICE INFORMATION | Dispatched: |
| | Arrived: |
| | Cleared: 14:45 |
| | Status: CLOSED/CLEARED |
| | Disposition: CLOSED - NO FURTHER ACTION |
| | Clear Date: 08/21/2022 |
| | Badge: 93113 - PTLW. ELIZABETH CACERES |



| Investigating Officer | Signature | Date | Approving Officer | Signature | Date |
|---|---|---|---|---|---|



## Persons Involved

**ARCE, JOHN**

| Arrest Date : | Disposition Date : |

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| OWNER (ANY PROPER* | 7010 NOTIFICATION/POLICE INFORMATION | | |

Alias  
Age-DOB 33 - 12/06/1988  
Race BLACK  
Sex MALE  
Ethnicity  
Marital Stat  
Residency Non-Resident  
SSN  
Gang  
Tattoo  
Clothing  
GBM Id  
 -Entered / /  
 -Released / /  
OLN/State 30380918/PA  
Injury  

Height  
Weight 0  
Hair BROWN  
Eyes BROWN  
Build MEDIUM  
Complex.  

Home Addr 307 BENNETTE ST  
 LUZURNE, PA 18709  
Home Ph # (570)817-4579  
Work Ph #  
Cell Ph #  
Other Ph #  
E-Mail  
Employer  
Occupation  
Addl Addr None  

No Photo

COPY

---

**LEWIS, NAQUAN KURT**

| Arrest Date : | Disposition Date : |

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| CONTACT | 7010 NOTIFICATION/POLICE INFORMATION | | |

Alias  
Age-DOB 25 - 12/14/1996  
Race BLACK  
Sex MALE  
Ethnicity  
Marital Stat  
Residency Resident  
SSN  
Gang  
Tattoo  
Clothing  
GBM Id  
 -Entered / /  
 -Released / /  
OLN/State /  
Injury  

Height  
Weight 0  
Hair  
Eyes  
Build  
Complex.  

Home Addr 1204 S MAIN ST  
 OLD FORGE, PA 18518  
Home Ph # (213)212-1524  
Work Ph #  
Cell Ph #  
Other Ph #  
E-Mail  
Employer  
Occupation  
Addl Addr None  

No Photo

## Main Narrative
### PTLW. ELIZABETH CACERES (93113)

08/21/2022 14:24 - 93113 PTLW. ELIZABETH CACERES

On Sunday, August 21, 2022 at approximately 1400 hours, I, Officer Caceres was approached by a male who was identified as John Arce, who had some concerns about an incident that had taken place in Luzerne Twp. in Luzerne County but stemmed from 1204 S Main Street, Old Forge.

Arce stated he want to document the incident that occurred in Luzerne and stated that the incident was connected to the rental property he rents to a male who was identified as Naquan Lewis. Lewis is currently a tenant at the 1204 S. Main Street property that he owns and had some issues with the tenant who is due to be evicted by the end of the month of August.

Arce stated he had notified Lewis of the eviction and he has until August 31, 2022 to leave the property. Arce stated Lewis went to his personal property 307 Bennette Street, Luzerne PA 18709 and threatened him and his family due to this event. Arce was advised to report back to Luzerne County and report the incident that had taken place at his home in Luzerne Twp.

Arce stated they had called the 911 call center and PSP was advised and reported to their home. Arce stated that PSP did not do anything to the fact of this particular encounter. Arce was advised to once again to go to the Luzerne Police Department to document the incident at this time. Arce was also advised that we are in two seperate counties and he should go to the responding police department for this incident.

Nothing further at this time.

COPY

# Incident Report



**OLD FORGE POLICE DEPARTMENT**
93
310 S MAIN ST
OLD FORGE, PA 18518

Phone: (570)457-7441  Fax: (570)457-6456

| | |
|---|---|
| Approved Report ✓ KIMBERLY BUGGEY-DAVIES | Municipality: OLD FORGE (412) |
| | Report Type: INCIDENT |
| Incident # 2022-00003889 | Location: 1204 S MAIN ST - OLD FORGE 18518 |
| Reference # | Landmark: |
| | Premise: OTHER RESIDENCE - OTHER DWELLING |
| **Criminal Code** | Point of Entry: |
| Title: | Meth. of Entry: |
| Section: | Patrol Zone: Grid |
| Sub-Section: | Reported: 07/16/2022 @ 17:57 (Sat) |
| Description: | Discovered: @ |
| | Last Secure: @ |
| **UCR Codes** | Received: Dispatched |
| 4029 CIVIL - LANDLORD/TENANT | Arrived: 18:15  Cleared 19:08 |
| | Status: CLOSED/CLEARED |
| | Disposition: |
| | Clear Date: 07/16/2022 |
| | Badge: 9346 - PTLM. PATRICK WALSH |

COPY

| Investigating Officer | Signature | Date | Approving Officer | Signature | Date |
|---|---|---|---|---|---|



## Persons Involved

**ARCE, JOHN**  Arrest Date :  Disposition Date :

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| OWNER (ANY PROPER) | 4029 CIVIL - LANDLORD/TENANT | | |

Alias
Age-DOB     33 - 12/06/1988         Height
Race        BLACK                   Weight    0       Home Addr  307 BENNET ST
Sex         MALE                    Hair                         LUZURN, PA  18709
Ethnicity                           Eyes
Marital Stat                        Build            Home Ph #  (570)817-4579
Residency                           Complex.         Work Ph #
SSN                                                  Cell Ph #
Gang                                                 Other Ph #                      No Photo
Tattoo                                               E-Mail
Clothing                                             Employer
GBM Id
 -Entered    / /                                     Occupation
 -Released   / /                                     Addl Addr   None
OLN/State   30380918/PA
Injury

---

**LEWIS, NAQUAN KURT**  Arrest Date :  Disposition Date :

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| CONTACT | 4029 CIVIL - LANDLORD/TENANT | | |

Alias
Age-DOB     25 - 12/14/1996         Height
Race        BLACK                   Weight    0       Home Addr  1204 S MAIN ST
Sex         MALE                    Hair                         OLD FORGE, PA  18518
Ethnicity                           Eyes
Marital Stat                        Build            Home Ph #  (213)212-1524
Residency                           Complex.         Work Ph #
SSN                                                  Cell Ph #
Gang                                                 Other Ph #                      No Photo
Tattoo                                               E-Mail
Clothing                                             Employer
GBM Id
 -Entered    / /                                     Occupation
 -Released   / /                                     Addl Addr   None
OLN/State   /
Injury

**Main Narrative**
PTLM. PATRICK WALSH (9346)

07/16/2022 17:57 - 9346 PTLM. PATRICK WALSH & PTLM. TERHUNE were dispatched for landlord/tenant dispute over a broken ceiling fan, both gentleman were upset when we arrived on scene, both were complaining about the other one. After listening to both their complaints a compromise were established that the ceiling fan would be fix as soon as the landlord can get someone to fix it.