# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NA-QUAN LEWIS, | : | |
| Plaintiff, | : | No.: 3:24-cv-02216 |
| v. | : | |
| CHRIS PRESCOTT, et al., | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this _____ day of _____, 2025, upon consideration of Defendant Chris Prescott's Motion to Dismiss the Plaintiff's Amended Complaint pursuant to Fed.R.Civ.Pro. 12(b)(6), and any response thereto, it is hereby **ORDERED and DECREED** that the Motion is **GRANTED.** All claims against Defendant Chris Prescott are **DISMISSED, with prejudice**.

BY THE COURT:

_____
JUDGE DARYL F. BLOOM