# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NA-QUAN LEWIS, | : |
| Plaintiff, | : No.: 3:24-cv-02216 |
| v. | : |
| CHRIS PRESCOTT, et al., | : |
| Defendants. | : |

# CERTIFICATE OF NON-CONCURRENCE

I, Andrew M. Rongaus, Esquire, hereby certify that as counsel for Defendant Chris Prescott, I sought Pro Se Plaintiff Lewis' position on the foregoing *Motion to Dismiss Amended Complaint* by email date May 9, 2025. Plaintiff does not concur in the instant Motion.

SIANA LAW

Date: May 12, 2025        By: /s/ Andrew M. Rongaus

Andrew M. Rongaus, Esquire
Attorney for Defendant, Chris Prescott
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500
(F): 610.321.0505
amrongaus@sianalaw.com