IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NA-QUAN LEWIS, | : Civ. No. 3:24-CV-2216 |
| Plaintiff, | : |
| v. | : (Chief Magistrate Judge Bloom) |
| JOHN ARCE, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, this 11th day of July 2025, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motions to dismiss (Docs. 28, 30, 31) are GRANTED. The plaintiff's amended complaint is DISMISSED without prejudice to afford the plaintiff one final opportunity to amend his complaint. The plaintiff may file an amended complaint within 21 days of this dismissal order.

S/ Daryl F. Bloom
Daryl F. Bloom
Chief United States Magistrate Judge